J S - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARIA FLORES, an individual,<br><br>       Plaintiff,<br><br>   vs.<br><br>TARGET CORPORATION, and DOES 1 to 50 inclusive<br><br>     Defendants. | **CASE NO. 2:21-cv-06317-SSS-JEMx**<br><br>Judge: Hon. Sunshine S. Sykes<br>Riverside Courthouse<br>Courtroom 2<br><br>**ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>State Action Filed: April 17, 2020<br>Removal:  August 5, 2021 |

ORDER ON STIPULATION TO DISMISS ENTIRE ACTION

On July 15, 2022, the parties jointly submitted a Stipulation of Dismissal, dismissing this entire action and claims herein against Target Corporation, with prejudice, to the Court. Accordingly, this action and all claims herein against Target Corporation are dismissed with prejudice, and the parties will bear their own respective attorneys' fees and costs. The Court shall retain jurisdiction to enforce the settlement agreement entered into by the Parties.

**IT IS SO ORDERED.**

Dated:  July 15, 2022

_____
**HON. SUNSHINE S. SYKES**
UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATION TO DISMISS ENTIRE ACTION